# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONALD JOHN CHARETTE,<br><br>        Petitioner,<br><br>    v.<br><br>K. PROSPER,<br><br>        Respondent. | No. ED CV 08-00081-PSG (VBK)<br><br>(PROPOSED) JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 6/3/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE